## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HEREFORD BIOFUELS, L.P., *et al.*,[1] | : | Case No. 09-30453 (SGJ) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (collectively the "Schedules") and the Statements of Financial Affairs (collectively the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Hereford Biofuels, L.P., *et al.* (collectively, the "Debtors"), in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtors' management, and are unaudited. While those members of the Debtors' management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can no assurance that these Schedules and Statements are complete or accurate. The Debtors reserve the right to amend their Schedules and Statements from time to time as may be necessary or appropriate. This Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements

1.    **Description of the Cases and "As Of" Information Date**. On January 23, 2009 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors' cases are jointly administered under case number 09-30453. The Debtors are currently operating their businesses and possessing their property as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code. Except as otherwise noted,

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Hereford Biofuels, L.P. (7548); Hereford Biofuels Holdings, LLC (9762); PHE I, LLC (7511); and PHE II, LLC (9412). The address of each of the Debtors is 4100 Spring Valley, Suite 1002, Dallas, Texas 75244.

all asset and liability information is as of the Petition Date. The Debtors have made every reasonable effort to allocate liabilities between pre-Petition Date and post-Petition Date periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.

**2.** **Amendments**. The Debtors reserve their right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

**3.** **Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements and other matters. Actual results could differ from those estimates.

**4.** **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Undetermined." Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

**5.** **Prepetition v. Postpetition**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available and the research conducted in conjunction with the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**6.** **Basis of Presentation**. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

**7.** **Asset Values**. It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests. Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected the applicable Schedule or Statement. Unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.

**8.** **Causes of Action**. The Debtors reserve all of their causes of action. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with these chapter 11 cases, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

9.      **Insiders**.  In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are each of the Debtors' (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control).  The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

10.     **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

(a)      Fair Market Value; Book Value.  Unless otherwise noted therein, the Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records.

(b)      Inventories.  Inventory is based on appraised value, pursuant to an appraisal conducted in December 2008.

(c)      Setoff/Recoupment Rights.  The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.  Such counterparties have been listed on Schedule F.

(d)      Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

(e)      Executory Contracts.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G.

Neither the Debtors, their agents nor their attorneys guarantee or warrant the accuracy, the completeness or correctness of the data that is provided herein or in the Schedules and Statements, and neither is liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information.  While every

DLI-6239347v1

effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Texas

In re Hereford Biofuels, L.P. _____ ,
Debtor

Case No. 09-30453 (SGJ) _____

Chapter 11 _____

# SUMMARY OF SCHEDULES**

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 233,640,338.0 | | |
| B - Personal Property | | | $ 15,692,842.2 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 209,072,374.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 8,310,397.15 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ 249,333,180.0 | $ 217,382,771.15 | |

**SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE SCHEDULES

B 6A (Official Form 6A) (12/07)

In re __Hereford Biofuels, L.P_____    Case No. _____09-30453 (SGJ)_____
           **Debtor**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIMS |
|---|---|---|---|---|
| Ethanol Facility<br><br>4300 County Road 8<br>Hereford, Texas 79045 | Fee Simple | N/A | $233,640,338.85<br>(book value) | $209,383,686.89<br>SEE NOTE BELOW |
| | | Total | $233,640,338.85 | |

(Report also on Summary of Schedules.)

**NOTE:** This is the face amount of the asserted secured claims, but the actual amount of the secured claims is undetermined because some of the secured claims, notably the mechanics' liens, are the subject of ongoing disputes. As of the Petition Date,[1] the Debtor was party to (i) a Senior Credit Facility dated as of July 28, 2006 among the Debtor, Société Générale as agent and a syndicate of lenders party thereto, and (ii) a Subordinated Credit Facility dated as of July 28, 2006 by and between the Debtor and Balkan Ventures, LLC, as lender. The Senior Credit Facility is secured by a lien on substantially all of the Debtor's assets, and the Subordinated Credit Facility is secured by a lien on some of the Debtor's assets, including the Hereford Facility. Additionally, the Debtor issued and sold certain Tax-Exempt Bonds that are supported by a letter of credit provided under the Senior Credit Facility. Finally, a number of contractors

---

[1]    Capitalized terms used in this note shall have the meanings given to them in the Declaration of Darol S. Lindloff in Support of First Day Pleadings.

and subcontractors who performed work or provided materials in the construction of the Hereford Facility have filed mechanics' or materialmen's liens against the Hereford Facility, and, as of the Petition Date, Deaf Smith County had a statutory tax lien against the property for the amount of 2008 property taxes.  More information regarding all of these secured claims is included in Schedule D.

B 6B (Official Form 6B) (12/07)

In re _____**Hereford Biofuels, L.P.**_____     Case No. _____09-30453 (SGJ)_____
            **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Exhibit B-2 | | $10,450,133.73 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See attached Exhibit B-3 | | $765,575.30 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached Exhibit B-9 | | $200,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re _____ **Hereford Biofuels, L.P.** _____     Case No. _____ **09-30453 (SGJ)** _____
         **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) – Cont.

In re _____ **Hereford Biofuels, L.P.** _____          Case No. _____ **09-30453 (SGJ)** _____
              **Debtor**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached Exhibit B-25 | | $854,108.97 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached Exhibit B-28 | | $677,741.16 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Exhibit B-29 | | $820,384.96 |
| 30. Inventory. | | See attached Exhibit B-30 | | $1,924,898.15 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____2_____ continuation sheets attached          Total ➤          $15,692,842.27

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-2:  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.**

| Account Description | Address | Statement Balance at 1/23/09 |
|---|---|---|
| Societe Generale - Tranche A | 1221 Avenue of the Americas New York, NY 10020 | $10,265,185.83 |
| Bank of America - Operating Account | 15303 N. Dallas Parkway, Suite 290 Addison, TX 75001 | $174,089.26 |
| First National Bank - Petty Cash | PO Box 486 Hereford, TX 79045-0486 | $5,627.12 |
| Bank of NY - Red River Auth Company DS | 2001 Bryan St 8th Fl Dallas, TX 75201 | $5,231.52 |
| | | **$10,450,133.73** |

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-3:  Security deposits with public utilities, telephone companies, landlords, and others.**

| Description | Address | Balance at 1/23/09 |
|---|---|---|
| Xcel Energy - Security Deposit | PO Box 9477 Minneapolis, MN 55484-9477 | $750,000.00 |
| FNCC Deposit - Vehicles and Two Dump Trucks (Equip Schedule 03) | 26050 Towne Centre Dr. Foothill Ranch, CA 92610 | $15,575.30 |
| | | **$765,575.30** |

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-9:  Interests in insurance policies.**

| Description | Address | Cost |
|---|---|---|
| Trinity Universal Insurance Company - "Large Plant" Operations Bond | 12790 Merit Drive, Dallas, Texas 75251 | $200,000.00 |
| | | **$200,000.00** |

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-25: Automobiles, trucks, trailers,  and other vehicles and accessories.**

| Asset Description | Qty | Net Book Value |
|---|---|---|
| 2009 Kensworth T370 Dump Truck | 1 | $98,786.98 |
| Mobile Equip - bobcat, lifts, etc… | 8 | $744,892.85 |
| Mobile Equip - JD Gator XUV M0XUVGX0159171 | 1 | $10,429.14 |
| | | $854,108.97 |

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-28:  Office equipment, furnishings and supplies**

| Asset Description | Qty | Net book Value |
|---|---|---|
| Desk | 51 | $6,578.14 |
| Chairs & Misc | 22 | $2,076.56 |
| Tables, Desks & Misc | 65 | $7,685.66 |
| Credenzas, Desks, Book | 48 | $7,051.70 |
| Chairs, Tables, File Cab | 74 | $9,326.27 |
| Credenzas, Desks, Book | 47 | $7,674.94 |
| Misc Furniture | 7 | $3,792.18 |
| Misc Furniture | 16 | $3,491.89 |
| Storage Cabinets | 4 | $2,663.37 |
| Workbench's w/ shelves | 14 | $4,416.21 |
| Ice Water Dispenser | 3 | $8,630.60 |
| Kitchen Appliances | 17 | $4,046.51 |
| File Cabinets & Chairs | 9 | $2,522.27 |
| Chairs | 4 | $1,298.54 |
| Cisco 1200 Series AP 11G W/ IOS | 1 | $137.73 |
| Laptop - Latitude D620 | 3 | $863.62 |
| Firewall Hardware - Fortigate 60 Bundle | 2 | $406.44 |
| Nortel Equipment System | 1 | $2,915.47 |
| MONITORING CAMERA SYSTEM - HEREFORD | 1 | $990.10 |
| Server - HP SB DL380 G4 Server & assoc. equip. | 1 | $1,334.31 |
| APC Symetra LX Power Module | 1 | $447.98 |
| Backup Pwr  Supply for DBC Server-APC Symetra LX Power Module | 1 | $539.50 |
| DBC 3 Yr Warranty  HP DL380 Server | 1 | $278.29 |
| DBC Server & Hardware - HP DL380 G5 7/1.8 C12 | 1 | $2,821.13 |
| Computer - OptiPlex 745 Ultra Small Form Factor, Core 2 Duo | 1 | $734.51 |
| Laptop - Latitude D620, Intel Core2 Duo T5600 | 1 | $888.16 |
| Two-way Radios - Motorola Mtl#AAH25RDC9AA2 | 20 | $10,519.98 |
| Laptop - Latitude D630, Intel Core 2 Duo T7100 | 2 | $1,813.49 |
| Computer - OptiPlex 745 Ultra Small Form Factor, Core 2 Duo | 2 | $1,590.72 |
| Computer - OptiPlex 745 Ultra Small Form Factor, Core 2 Duo | 20 | $12,687.72 |
| Computer - OptiPlex 755 Minitower, Core 2 Duo | 3 | $1,861.14 |
| Network Security Appliance - Firewall, Fortinet FortiGate 200A | 1 | $2,493.49 |
| Monitor - UltraSharp 1708FP Flat Panel | 5 | $1,218.31 |
| 2400MP DLP Projector & 92-inch Accuscreen | 1 | $643.69 |
| DS1100 Pocket Scanner | 1 | $1,602.95 |
| Dell Precision T3400 Conv Mini Tower Processor | 4 | $6,028.01 |
| Cell signal extender - antenna -  MTR2000 Repeater | 1 | $17,243.37 |
| VM Hardware Server w/ 8 harddrives | 1 | $7,278.81 |
| Printer - LJ P1505 Printer HEWCB412A | 5 | $1,616.99 |
| NEC Unified Messaging Fax Ports | 1 | $2,011.17 |
| NEC Univerge NEAX 200 IPS Telecommunication System | 1 | $71,912.26 |
| Cellular Signal Enhancing Antenna Network | 1 | $6,968.21 |
| Field Bus / Communicator  - 375 Hart | 1 | $6,509.49 |
| Virtual Local Area Network (VLAN) system | 1 | $348,724.82 |
| Panasonic Closed Circuit TV System | 1 | $37,626.62 |
| Receiving frequency antenna - Omnitron FlexPoint 100Fx/Tx-media transreceiver | 1 | $0.00 |
| MP2 Professional | 1 | $6,653.36 |

| Asset Description | Qty | Net book Value |
|---|---|---|
| Citrix Presentation | 1 | $449.12 |
| Grain Smart Software | 1 | $4,047.39 |
| Grain Smart Software | 1 | $13,887.82 |
| Smart Software User Licenses | 1 | $184.14 |
| MP2 Professional | 1 | $685.97 |
| MP2 Professional | 1 | $22,825.40 |
| HP VMWARE ESX ENT | 1 | $5,044.63 |
| | | **$677,741.16** |

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-29: Machinery, fixtures, equipment and supplies used in business.**

| Asset Description | Net book Value |
|---|---|
| Lab Equip - Lobophot 2 Microscope | $6,575.00 |
| Lab Equip-Conv Oven & Balance | $13,268.70 |
| Lab Equip - Muffle Furnace | $2,277.68 |
| Shop Equip - Laser Ttrans& Reflect, access | $12,570.06 |
| Shop Equip - 100-UP 9000/CFM | $6,401.57 |
| Hotsy 0621SSG-LO1 | $9,408.00 |
| Shop Equip.- Ulltra-Hard Top P2 Drum | $3,356.96 |
| Shop Maint - Armstrong Master Mech Set | $75,922.49 |
| Steel Stands - #56B Platen and Stand | $5,574.00 |
| Midron M7800 Thermal camera | $17,309.18 |
| Lab Equip -Microscope Wesco CX Series | $816.00 |
| Welding Equip | $11,252.41 |
| Lab Density Meter w/ printer | $14,371.52 |
| Pallat Support Beams (shelving) | $30,341.08 |
| Shop Equip - Health Analyzer 2130 & Vibview | $40,411.16 |
| Safety Equipment & PPE | $11,267.31 |
| Rerailer L & R w/ Gage | $1,603.71 |
| Lab Equipment | $82,038.33 |
| Shop Equip - EZ-Changer - Model EZ-4D-B | $26,086.00 |
| Shop Equip - 120 gal Compresser & Multimeter | $4,994.97 |
| Lab Equip - Ethanol Analizer - HPLC | $75,248.60 |
| 34S102C-FM(3) Beater Shroud | $2,832.55 |
| Lab Equip - Diode Array 7200 w/ monitor | $109,151.05 |
| AMS 2 Channel CSI 2130 Machinery Health Analyzer | $4,756.82 |
| Smart Bob | $60,123.00 |
| Sulfite | $4,546.47 |
| Amine | $6,621.71 |
| Phosphate Caustic (Polymer) | $617.99 |
| Hydrated Lime | $6,593.66 |
| Limestone (Calcium) | $2,997.85 |
| Quadrasperse | $89.31 |
| Biocide | $1,285.47 |
| Phosphate Zinc | $5,461.26 |
| Non Oxidizing Biocide | $708.47 |
| 93% Sulfuric Acid | $794.43 |
| Anti Scale (Polymer) | $287.60 |
| Acid Clean | $8,420.23 |
| Basic Clean | $437.69 |
| 20% Sulfuric Acid | $782.87 |
| 98% Sulfuric Acid | $0.00 |
| Anhydrous Ammonia | $19,872.56 |
| EPI Maint & Spare Parts Inventory | $65,720.10 |
| W.W. Grainger - H Frame Press Set | $3,355.75 |
| W.W. Grainger - Maint Shop Tools | $52,561.36 |
| Lubrigard - Plant Supplies | $3,309.15 |
| Quail Ridge Engineering - Chain, Buckets, and Bucket Bolts | $1,281.67 |
| ASCO - Element Filter | $5,593.31 |
| Atlas Copco - Compressor | $1,087.92 |
| | **$820,384.96** |

**Hereford Biofuels, L.P.**
**Case Number: 09-30453 (SGJ)**

**Exhibit B-30: Inventory**

| Description | Number of Bushels | Value |
|---|---|---|
| Corn | 486,264.00 | $1,924,898.15 |
| | | **$1,924,898.15** |

B 6D (Official Form 6D) (12/07)

In re____**Hereford Biofuels, L.P.**____   Case No.____**09-30453 (SGJ)**____
                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| BAKER & McKENZIE LLP 815 CONNECTICUT AVE., NW WASHINGTON, DC 20006 | X | | Counsel to Lenders under Senior Credit Facility and obligations are secured under the Senior Credit Facility. | | | | $8,866.26 | Undetermined |
| ACCOUNT NO. | | | | | | | | |
| BALKAN VENTURES 20 DAYTON AVENUE GREENWICH, CT 06830 | X | | Amounts due under Subordinated Credit Facility. | | | | $43,048,660.98 | Undetermined |
| __4__ continuation sheets attached | | | Subtotal ➤ (Total of this page) | | | | **$43,057,527.24** | Undetermined |
| | | | Total ➤ (Use only on last page) | | | | $ | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re _____Hereford Biofuels, L.P._____     Case No. _____09-30453 (SGJ)_____
               Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BANCO BILBAO VIZCAYA ARGENTARIA, S.A. BACK OFFICE MERCADOS GLOBALES Y DISTRIBUTION VIA DE LOS POBLADOS S/N, 4-PLTA 28033 MADRID ESPANA | X | | Terminated SWAP agreement secured by credit facility. | | | | $4,345,000.00 <br> See Note 1 | Undetermined |
| ACCOUNT NO. <br><br> CAPSTONE ADVISORY GROUP, LLC PARK 80 WEST PLAZA I - PLAZA LEVEL SADDLE BROOK, NJ 07663 | X | | Financial Advisers to Lenders under Senior Credit Facility and obligations are secured under the Senior Credit Facility. | | | | $44,997.33 | Undetermined |
| ACCOUNT NO. <br><br> CASEY INDUSTRIAL, INC. 11845 TELLER STREET BROOMFIELD, CO 80020 | | | Mechanics' Lien | | | X | $597,585.08 | Undetermined |
| ACCOUNT NO. <br><br> DEAF SMITH COUNTY TAX ASSESSOR 140 EAST 3RD STREET HEREFORD, TX 79045 | X | | Property taxes for 2008 tax year. | | | | $1,109,560.12 | $0.00 |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $6,097,142.53 | Undetermined |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re    **Hereford Biofuels, L.P.**                    Case No.    **09-30453 (SGJ)**
        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| HAYWARD-BAKER 2724 PRESTIGE ROAD KELLER, TX 76248 | | | Mechanics' Lien | | | X | $245,532.46 | Undetermined |
| ACCOUNT NO. | | | | | | | | |
| HUGHES HUBBARD & REED, LLP. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1482 | X | | Counsel to Lenders under Senior Credit Facility and obligations are secured under the Senior Credit Facility. | | | | $43,958.18 | Undetermined |
| ACCOUNT NO. | | | | | | | | |
| INTERSTATES CONSTRUCTION SERVICES 1520 NORTH MAIN SIOUX CENTER, IA 51250 | | | Mechanics' Lien | | | X | $960,914.12 | Undetermined |
| ACCOUNT NO. | | | | | | | | |
| LANDCOAST INSULATION, INC. P.O. BOX 14110 NEW IBERIA, LA 70562 | | | Mechanics' Lien | | | X | $871,063.72 | Undetermined |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| **$2,121,468.48** | **Undetermined** |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re _____Hereford Biofuels, L.P._____       Case No. _____09-30453 (SGJ)_____
        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LURGI, INC.<br>1790 KIRBY PARKWAY<br>SUITE 300<br>MEMPHIS, TN 38138-4710 | | | Mechanics' Lien | | | X | $29,000,000.00 | Undetermined |
| ACCOUNT NO.<br>M. HANNA CONSTRUCTION<br>P.O. BOX 296<br>SULPHUR SPRINGS, TX 75483 | | | Mechanics' Lien | | | X | $1,934,323.99 | Undetermined |
| ACCOUNT NO.<br>MANN PAINTING<br>3638 MARINE ROAD<br>TOLEDO, OH 43609 | | | Mechanics' Lien | | | X | $117,054.34 | Undetermined |
| ACCOUNT NO.<br>PANHANDLE EARTHWORKS<br>10180 E. HIGHWAY 217<br>CANYON, TX 79015 | | | Mechanics' Lien | | | X | $54,133.42 | Undetermined |
| ACCOUNT NO.<br>PSICC<br>3732 EAST RAINES ROAD<br>MEMPHIS, TN 38118 | | | Mechanics' Lien | | | X | $1,052,835.73 | Undetermined |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| **$32,158,347.48** | **Undetermined** |
| $ | $ |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re ____Hereford Biofuels, L.P.____    Case No. ____09-30453 (SGJ)____
         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** RW BECK INC. 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 | X | | Independent engineer whose fees are secured under the Senior Credit Facility. | | | | $34,734.81 | Undetermined |
| **ACCOUNT NO.** SOCIETE GENERALE 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | X | | Amounts due under letter of credit facility under Senior Credit Facility supporting tax-exempt bonds. | | | | $50,783,815.75 | Undetermined |
| **ACCOUNT NO.** SOCIETE GENERALE 1221 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | X | | Amounts due under Senior Credit Facility. | | | | $67,114,181.99 | Undetermined |
| **ACCOUNT NO.** TRAC-WORK, INC. 3801 NORTH I-45 ENNIS, TX 75119 | | | Mechanics' Lien | | | X | $641,915.83 | Undetermined |
| **ACCOUNT NO.** VITEL COMMUNICATIONS 200 S. TRAVIS AMARILLO, TX 79106 | | | Mechanics' Lien | | | X | $45,886.39 | Undetermined |
| **ACCOUNT NO.** WESTCON INDUSTRIES P.O. BOX 1735 BISMARCK, ND 58502 | | | Mechanics' Lien | | | X | $7,017,354.00 | Undetermined |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ➤ (Total(s) of this page)    **$125,637,888.77**    $

Total(s) ➤ (Use only on last page)    **$209,072,374.50**    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain

Liabilities and
Related Data.)

Note 1:  This is the termination value of the SWAP.

B 6E (Official Form 6E) (12/07)

In re _____**Hereford Biofuels, L.P.**_____     Case No. _____**09-30453 (SGJ)**_____
                **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re _____**Hereford Biofuels, L.P.**_____     Case No. _____**09-30453 (SGJ)**_____
       **Debtor**

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re _____Hereford Biofuels, L.P._____          Case No. ____09-30453 (SGJ)____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| 4B COMPONENTS, LTD. P.O BOX 95428 CHICAGO, IL 60694 | X | | | | | | $349.00 |
| ACCOUNT NO. | | | | | | | |
| AMERIPRIDE LINEN AND APPAREL SERVICES P.O. BOX 1146 AMARILLO, TX 79045 | X | | | | | | $91.39 |
| ACCOUNT NO. | | | | | | | |
| BRANDON & CLARK INC P.O. BOX 3159 LUBBOCK, TX 79452-3159 | X | | | | | | $18,843.82 |

__11__ continuation sheets attached                                      Subtotal ➤   **$19,284.21**

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re _____Hereford Biofuels, L.P_____          Case No. _____09-30453 (SGJ)_____
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BUNGE NORTH AMERICA <br> 11720 BORMAN DRIVE <br> ST. LOUIS, MO 63146 | X | | | | | | $42,800.00 |
| ACCOUNT NO. <br><br> CALBRANDT, INC. <br> 768 SEVENTH STREET SOUTH <br> DELANO, MN 55328 | X | | | | | | $1,518.17 |
| ACCOUNT NO. <br><br> CASEY INDUSTRIAL INC. <br> 11845 TELLER ST. <br> BROOMFIELD, CO 80020 | X | | | | | | $597,585.08 |
| ACCOUNT NO. <br><br> CHEMTREAT, INC <br> 15045 COLLECTIONS CENTER DRIVE <br> CHICAGO, IL 60693 | X | | | | | | $12,268.99 |
| ACCOUNT NO. <br><br> CHOICEPOINT SERVICES, INC. <br> P.O. BOX 105186 <br> ATLANTA, GA 30348 | X | | | | | | $518.09 |

Sheet no. _2_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢ **$654,690.33**

Total ➢ **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re _____Hereford Biofuels, L.P_____        Case No. _____09-30453 (SGJ)_____
            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHS, INC.<br>P.O. BOX 64796<br>MS-320<br>ST. PAUL, MN 55164-0796 | X | | | | | | $27,750.00 |
| ACCOUNT NO.<br>CITY OF HEREFORD<br>P.O. BOX 2277<br>HEREFORD, TX 79045-2277 | X | | | | | | $172,338.11 |
| ACCOUNT NO.<br>CREEK ELECTRICS, INC.<br>2811 W. PAWNEE<br>WICHITA, KS 67213 | X | | | | | | $48,098.40 |
| ACCOUNT NO.<br>DTN<br>P.O. BOX 3546<br>OMAHA, NE 68103-0546 | X | | | | | | $888.74 |
| ACCOUNT NO.<br>DXP ENTERPRISES, INC.<br>PO BOX 201791<br>DALLAS, TX 75320-1791 | X | | | | | | $2,256.68 |
| ACCOUNT NO.<br>ECOLAB, INC.<br>dba ECOLAB PEST ELIMNATION<br>P.O BOX 6007<br>GRAND FORKS, ND 58206-6007 | X | | | X | | | $514.20 |

Sheet no. _3_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢ | **$251,846.13**

Total ➢ | **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re _____**Hereford Biofuels, L.P**_____     Case No. _____**09-30453 (SGJ)**_____
          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ENERGY PRODUCTS OF IDAHO 4006 INDUSTRIAL AVENUE COEUR D' ALENE, ID 83815 | X | | | X | | | $2,490,527.00 |
| ACCOUNT NO. | | | | | | | |
| ENVIRONMENTAL CONSULTING & TECHNOLOGY INC 3701 NORTHWEST 98TH ST. GAINESVILLE, FL 32606 | X | | | | | | $152.25 |
| ACCOUNT NO. | | | | | | | |
| EXPRESS SCALE SERVICES, INC. P.O BOX 1121 CANYON, TX 79015 | X | | | | | | $917.46 |
| ACCOUNT NO. | | | | | | | |
| FASTENAL COMPANY P.O. BOX 978 WINONA, MN 55987-0978 | X | | | | | | $575.20 |
| ACCOUNT NO. | | | | | | | |
| FIRST PRINTING & OFFICE SUPPLY 240 E. THIRD STREET HEREFORD, TX 79045 | X | | | | | | $594.78 |

Sheet no. _4_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal ➢ | **$2,492,766.69**

Total ➢ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re    **Hereford Biofuels, L.P**                    Case No.    **09-30453 (SGJ)**
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| FORERUNNER AG LLC dba ELITE AG, LP P.O. BOX 950 HEREFORD, TX 79045 | X | | | | | | $190,000.00 |
| ACCOUNT NO. | | | | | | | |
| GARCIA MANURE SPREADING 1515 W. 1ST STREET HEREFORD, TX 79045 | X | | | | | | $65,000.00 |
| ACCOUNT NO. | | | | | | | |
| GASKET & PACKINGS, INC. (GPI) P.O. BOX 229 BORGER, TX 79008-0229 | X | | | | | | $61.05 |
| ACCOUNT NO. | | | | | | | |
| GOODIN FUELS, INC. P.O. BOX 710 HEREFORD, TEXAS 79045-0710 | X | | | | | | $465.00 |
| ACCOUNT NO. | | | | | | | |
| HEREFORD HEATING & AIR, INC. 127 N. MAIN HEREFORD, TX 79045 | X | | | | | | $237.29 |

Sheet no. _5_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    **$255,763.34**

Total ➤    **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) -- Cont.

In re ____Hereford Biofuels, L.P____     Case No. ____09-30453 (SGJ)____
                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| HEREFORD WELDING SUPPLY P.O. BOX 1536 HEREFORD, TX 79045 | X | | | | | | $381.57 |
| ACCOUNT NO. | | | | | | | |
| ICM, INC. 310 NORTH FIRST STREET COLWICH, KS 67030 | X | | | | | | $39,606.33 |
| ACCOUNT NO. | | | | | | | |
| INTERGRAPH CORPORATION dba PROCESS POWER & MARINE 22122 NETWORK PLACE CHICAGO, IL 60673-1221 | X | | | | | | $324.75 |
| ACCOUNT NO. | | | | | | | |
| LANDCOAST INSULATION, INC. P.O. BOX 14110 NEW IBERIA, LA 70562-4110 | X | | | | | | $602,288.94 |
| ACCOUNT NO. | | | | | | | |
| LONE STAR RAILROAD CONTRACTORS, INC. P.O. BOX 1150 ENNIS, TX 75120 | X | | | | | | $1,184.88 |

Sheet no. _6_ of _12_ continuation sheets attached                    Subtotal ➢   **$643,786.47**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                          Total ➢   $
                                          (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re    **Hereford Biofuels, L.P**                    Case No.    09-30453 (SGJ)
                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| LOWE'S PAY AND SAVE INC. P.O. BOX 1430 LITTLEFIELD, TEXAS 79339 | X | | | | | | $82.06 |
| ACCOUNT NO. | | | | | | | |
| LUBRICATION SERVICES, LLC P.O. BOX 201403 DALLAS, TX 75320-1403 | X | | | | | | $725.00 |
| ACCOUNT NO. | | | | | | | |
| MEADOWLAND FARMERS COOP P.O. BOX 338 LAMBERTON, MN 56152 | X | | | | | | $28,325.00 |
| ACCOUNT NO. | | | | | | | |
| M. HANNA CONSTRUCTION CO., INC. P. O BOX 296 SULPHUR SPRINGS, TX 75483 | X | | | | | | $1,211,113.03 |
| ACCOUNT NO. | | | | | | | |
| ND WHITE ENGINEERING 302 N. WILLIS SUITE 18 ABILENE, TX 79603 | X | | | | | | $4,514.03 |

Sheet no. _7_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢    **$1,244,759.12**

Total ➢    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re _____Hereford Biofuels, L.P_____     Case No. _____09-30453 (SGJ)_____
           Debtor

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PANHANDLE EARTHWORKS CORP.<br>10180 E. HIGHWAY 217<br>CANYON, TX 79015 | X | | | | | | $54,133.42 |
| ACCOUNT NO.<br>PANHANDLE FLUID PROCESS dba THE PUMP HOUSE<br>P.O. BOX 1188<br>HEREFORD, TX 79045 | X | | | | | | $283.41 |
| ACCOUNT NO.<br>PARKHILL SMITH AND COOPER INC<br>4222 85TH STREET<br>LUBBOCK TX 79423 | X | | | | | | $156,048.11 |
| ACCOUNT NO.<br>PRO-CLEAN, INC.<br>3562 - FM – 1058<br>HEREFORD, TX 79045 | X | | | | | | $649.50 |
| ACCOUNT NO.<br>PROCESS SYSTEMS INC.<br>3732 E. RAINES ROAD<br>MEMPHIS, TN 38118 | X | | | | | | $1,258,336.11 |

Sheet no. __8__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ **$1,469,450.55**

Total ➢ **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re _____ Hereford Biofuels, L.P _____      Case No. _____ 09-30453 (SGJ) _____
            **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| PROSEP, LTD. P.O. BOX 200 ROSCOE, IL 61073 | X | | | | | | $1,481.09 |
| ACCOUNT NO. | | | | | | | |
| RAIN FOR RENT DALLAS 837 EAST 109TH STREET ARLINGTON, TX  76011 | X | | | | | | $3,000.00 |
| ACCOUNT NO. | | | | | | | |
| SUMMERS GROUP, INC. dba REXEL PO BOX 120713 DEPT 0713 DALLAS, TX  75312-0713 | X | | | | | | $1,715.76 |
| ACCOUNT NO. | | | | | | | |
| SUMMIT FIRE PROTECTION CO. 575 MINNEHAHA AVENUE WEST ST. PAUL, MN 55103 | X | | | | | | $94,873.20 |
| ACCOUNT NO. | | | | | | | |
| TBC, INC. P.O. BOX 1579 AMARILLO, TX 79105 | X | | | | | | $83.09 |

Sheet no. _9_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | **$101,153.14**

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re ____Hereford Biofuels, L.P_____    Case No. ____09-30453 (SGJ)_____
       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TERRACON CONSULTANTS INC P.O. BOX 931277 KANSAS CITY, MO 64193-1277 | X | | | | | | $33,554.78 |
| ACCOUNT NO. | | | | | | | |
| THERMAL KINETICS ENGINEERING PLLC 667 TIFFT STREET BUFFALO, NY 14220 | X | | | | | | $51,698.45 |
| ACCOUNT NO. | | | | | | | |
| TIFCO INDUSTRIES, INC. P.O. BOX 40277 HOUSTON, TX 77240-0277 | X | | | | | | $1,145.64 |
| ACCOUNT NO. | | | | | | | |
| TIREWORKS, INC. 420 W 1ST ST. HEREFORD, TX 79045 | X | | | | | | $61.62 |
| ACCOUNT NO. | | | | | | | |
| TRADEWEST BROKERAGE CO. 12311 NW JACKSON QUARRY RD HILLSBORO, OREGON 97124 | X | | | | | | $2,145.00 |

Sheet no. _10_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ **$88,605.49**

Total ➢ **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re _____Hereford Biofuels, L.P_____      Case No. _____09-30453 (SGJ)_____
　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TRANTER, INC DRAWER CS-100540 ATLANTA, GA 30384-0540 | X | | | | | | $17,855.61 |
| ACCOUNT NO. | | | | | | | |
| TRIVIS STAFFING, INC dba M.T.R. RESOURCES, INC P.O. BOX 1149 180 CHANDLER PLACE DRIVE PELHAM, AL 35124 | X | | | | | | $19,754.28 |
| ACCOUNT NO. | | | | | | | |
| TRC ENVIRONMENTAL CORPORATION 21 GRIFFIN ROAD NORTH WINDSOR, CT 06095 | X | | | | | | $101,994.00 |
| ACCOUNT NO. | | | | | | | |
| U.S. SECURITY ASSOCIATES, INC P.O. BOX 931703 ATLANTA, GEORGIA 31193 | X | | | | | | $5,452.91 |
| ACCOUNT NO. | | | | | | | |
| UNIFIRST HOLDINGS, INC 4210 S.E. 22ND AVE. AMARILLO, TX 79103 | X | | | | | | $1,061.39 |

Sheet no. __11__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➢ **$146,118.19**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re      Hereford Biofuels, L.P                          Case No.        09-30453 (SGJ)
           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VITEL COMMUNICATIONS CORPORATION 200 S. TRAVIS AMARILLO, TX 79106 | X | | | | | | $45,886.39 |
| ACCOUNT NO. | | | | | | | |
| WESTCON INDUSTRIES P.O BOX 1735 BISMARCK, ND 58502 | X | | | | | | $800,171.34 |
| ACCOUNT NO. | | | | | | | |
| WEST TEXAS GOLF CARS 6439 CANYON DRIVE AMARILLO, TX 79110 | X | | | | | | $1,623.75 |
| ACCOUNT NO. | | | | | | | |
| W W GRAINGER DEPT 870410610 PALATINE, IL 60038-0001 | X | | | | | | $315.17 |
| ACCOUNT NO. | | | | | | | |
| XCEL ENERGY P.O. BOX 9477 MPLS, MN 55484-9477 | X | | Subject to setoff | | | | $87,712.84 |
| ACCOUNT NO. | | | | | | | |
| ZACHRY PROJECT MANAGEMENT & CONSULTING PO BOX 240130 527 LOGWOOD SAN ANTONIO, TX 78224-0130 | X | | | | | | $6,464.00 |

Sheet no. _12_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | **$942,173.49**

Total ➤ | **$8,310,397.15**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re _____**Hereford Biofuels, L.P.**_____        Case No. _____**09-30453 (SGJ)**_____
      **Debtor**

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Aventine Renewable Energy, Inc.<br>P.O. Box 10<br>Pekin, IL  61555 | Ethanol Marketing Agreement |
| Barrett & Crofoot Feedyards, L.L.P.<br>P.O. Box 670<br>Hereford, TX  79045 | Sales Contract |
| Barrett and Crofoot Feedyards, LLP<br>P.O. Box 670<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| BNSF Railway Company<br>3017 Lou Menk Drive, Suite 100<br>Fort Worth, TX  76131-2800 | Locomotive Use Agreement |
| BNSF Railway Company<br>3017 Lou Menk Drive, Suite 100<br>Fort Worth, TX  76131-2800 | Industry Track Agreement |
| BNSF Railway Company<br>3017 Lou Menk Drive, Suite 100<br>Fort Worth, TX  76131-2800 | Lease of Land for Construction/Rehabilitation of Track |
| BNSF Railway Company<br>3017 Lou Menk Drive, Suite 100<br>Fort Worth, TX  76131-2800 | Agreement to Operate Shuttle Freight |
| BP Energy Company<br>P.O. Box 3092<br>Houston, TX  77253-3092 | Base Contract for Sale and Purchase of Natural Gas |
| Cactus Operating, Ltd.<br>P.O. Box 1717<br>Hereford, TX  79045 | Amended and Restated Sales Contract |
| Cactus Operating, Ltd.<br>P.O. Box 3050<br>Amarillo, TX  79116 | Bio Fuel Supply Agreement |

DLI-6239028v1

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cargill Cattle Feeders – Bovina<br>P.O. Box 150<br>Bovina, TX 79009 | Sales Contract |
| Cargill Cattle Feeders – LLC #6<br>Route 1, Box 27<br>Lockney, TX 79241 | Sales Contract |
| Castro Co Op Gin, Inc.<br>14 S. Highway 385<br>Dimmitt, TX 79027 | Bio Fuel Supply Agreement |
| Champion Feeders, L.L.C.<br>P.O. Box 150<br>Hereford, TX 79045 | Bio Fuel Supply Agreement |
| Circle T. Dairy<br>5427 US Hwy 385<br>Hereford, TX 79045 | Bio Fuel Supply Agreement |
| Circle Three Feed Yards, Ltd.<br>P.O. Box 830<br>Hereford, TX 79045 | Bio Fuel Supply Agreement |
| City of Hereford, Texas<br>224 North Lee<br>Hereford, TX 79045 | Water Well Lease |
| City of Hereford, Texas<br>224 North Lee<br>Hereford, TX 79045 | Effluent Purchase and Return Wastewater Agreement |
| County of Deaf Smith, Texas<br>Room 201, Courthouse<br>235 East 3rd<br>Hereford, TX 79045 | Tax Abatement Agreement |
| Deaf Smith County Hospital<br>801 East 3rd<br>Hereford, TX 79045 | Tax Abatement Agreement |
| Dimmitt Feed Yard<br>P.O. Box 390<br>Hereford, TX 79045 | Amended and Restated Sales Contract |
| Dimmitt Feed Yard, L.L.C.<br>P.O. Box 390<br>Hereford, TX 79045 | Bio Fuel Supply Agreement |
| DKM Enterprises LLC<br>4553 S. Western Street<br>Amarillo, Texas 79109 | Damage Release |
| Eco-logical Environmental Services, Inc.<br>5107 Catalpa Lane | Master Consulting Services Agreement |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Amarillo, TX  79110 | |
| Econcept Bio-Energy Corporation<br>8999 Jim Bailey Road<br>Kelowna, British Columbia  V4V1A5 | Confidentiality Agreement |
| Elaine Rogers Webster<br>4213 Highway 60<br>Hereford, TX  79045 | Contract for Purchase and Sale of Real Property |
| Elite AG, LP<br>P.O. Box 950<br>Hereford, TX  78045 | Services Agreement |
| Energetix, LLC<br>8114 W. 00 NS<br>Kokomo, Indiana  46901 | Confidentiality Agreement |
| ENSR Corporation<br>2 Technology Park Drive<br>Westford, MA  01886 | Master Consulting Services Agreement |
| Environmental Credit Corp.<br>204 E. Calder Way, Suite 201<br>State College, PA  16801 | GHG Capture Services Agreement |
| Express Scale Services Inc.<br>P.O. Box 1121<br>Canyon, TX  79015 | Services Agreement |
| Farwell Feedyard, a Division of AXTX Cattle Co., Ltd.<br>P.O. Box 390<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| First National Capital Corporation<br>26429 Rancho Parkway South, Suite 150<br>Lake Forest, CA  92630 | Master Equipment Lease Agreement |
| Friona Feed Yard, a division of Friona Industries, LP<br>P.O. Box 15568<br>Amarillo, TX  79105-5568 | Bio Fuel Supply Agreement |
| Ft. Worth Thousand Hills Feedyard, L.P.<br>P.O. Box 186<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| Garcia Manure Contractors, Inc.<br>1515 W. First Street<br>Hereford, TX  79045 | Amended and Restated Services Agreement |
| GEA Group AG<br>Dorstener Stasse 484<br>44809 Bochem, Germany | Guaranty Agreement |
| Great Plains Cattle Feeders, Inc.<br>5150 Great Plains Drive | Bio Fuel Supply Agreement |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hereford, TX  79045 | |
| Hereford Farmer's Co-op Gin<br>P.O. Box 447<br>Hereford, TX  79045 | Commodity Contract |
| Hereford Feed Yard<br>P.O. Box 390<br>Hereford, TX  79045 | Amended and Restated Sales Contract |
| Hereford Feed Yard, a Division of AZTX Cattle Co., Ltd.<br>P.O. Box 390<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| Heritage Feeders Happy, L.P.<br>P.O. Box 308<br>Happy, TX  79042 | Sales Contract |
| Higwad Trucking, Inc.<br>P.O. Box 1207<br>Hereford, TX  79045 | Services Agreement |
| ICM Inc.<br>310 North First Street<br>Colwich, KS  67030 | Master Consulting Services Agreement |
| ICM, Inc.<br>310 North First Street<br>Colwich, KS  67030 | Letter Agreement |
| ICM, Inc.<br>310 North First Street<br>Colwich, KS  67030 | Mutual Confidentiality Agreement |
| Idaho Energy Limited Partnership<br>4006 Industrial Avenue<br>Coeur D'Alene, ID  83812 | Vendor Purchase Agreement |
| Idaho Energy Limited Partnership dba Energy Products of Idaho<br>4006 Industrial Avenue<br>Coeur D'Alene, ID  83812 | License of Technology |
| Interstates Construction Services, Inc.<br>1520 North Main<br>P.O. Box 260<br>Sioux Center, IA  51250 | Services Agreement |
| Keeling Cattle Feeders, Inc.<br>P.O. Box 1853<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| LandCoast Insulation Inc.<br>P.O. Box 14110<br>New Iberia, LA  70562-4110 | Services Agreement |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Lansing Ethanol Services, Inc.<br>9900 West 109th Street, Suite 400<br>Overland Park, Kansas  66210 | Confidentiality Agreement |
| Livestock Investors, Ltd.<br>P.O. Box 1797<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| Lone Star Dairy<br>P.O. Box 625<br>Friona, TX  79035 | Bio Fuel Supply Agreement |
| Lurgi PSI, Inc.<br>1790 Kirby Parkway, Suite 300<br>Memphis, TN  38138 | License of Technology |
| Lurgi PSI, Inc.<br>1790 Kirby Parkway, Suite 300<br>Memphis, TN  38138 | Confidentiality Agreement |
| M. Hanna Construction Co., Inc.<br>P.O. Box 296<br>Sulphur Springs, TX  75483 | Services Agreement |
| Mc6 Cattle Feeders, Inc.<br>P.O. Box 310<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| Natural Gas Pipeline Company of America<br>500 Dallas Street, Suite 1000<br>Houston, TX  77002 | Agreement Regarding Facilities Necessary for Natural Gas Pipeline Company of America to Deliver Gas |
| Nebraska Boiler<br>6940 Cornhusker Hwy<br>Lincoln, NE  68507 | Services Agreement |
| Ninyo & Moore Geotechnical Environmental Sciences Consultants<br>5710 Ruffin Road<br>San Diego, CA  92123 | Confidentiality Agreement |
| North Gin Management, LLC<br>P.O. Box 86<br>Dimmitt, TX  79027 | Bio Fuel Supply Agreement |
| Novozymes North America, Inc.<br>P.O. Box 576<br>Franklinton, NC  27525-0576 | Enzyme Supply Agreement |
| Novozymes North America, Inc.<br>P.O. Box 576<br>Franklinton, NC  27525-0576 | Confidentiality Agreement |

DLI-6239028v1

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Osterkamp Dairy<br>1361 FM 1057<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| Panda Global Services Hereford, LLC<br>4100 Spring Valley, Suite 1002<br>Dallas, TX  75244 | Operation and Maintenance Agreement |
| Panda Global Services Hereford, LLC<br>4100 Spring Valley, Suite 1002<br>Dallas, TX  75244 | Services Agreement |
| Parkhill, Smith & Cooper, Inc.<br>4222 85th Street<br>Lubbock, TX  79423 | Services Agreement |
| Perry Kirkland<br>P.O. Box 590<br>Vega, TX  79092 | Bio Fuel Supply Agreement |
| PHIBRO Ethanol Performance Group, a division of Phibro Animal Health Corporation<br>Third Floor<br>65 Challenger Road<br>Ridgefield Park, NJ  07660-2103 | Sales Agreement for LACTROL® Antimicrobial |
| Pro-Clean, Inc.<br>3562 FM 1058<br>Hereford, TX  79045 | Master Consulting Services Agreement |
| R. W. Beck, Inc.<br>Corporate Center, East Wing<br>550 Cochituate Road<br>P.O. Box 9344<br>Framingham, MA  01701-9344 | Professional Services Agreement |
| R. J. O'Brien<br>7057 SE 120th Street<br>Runnells, IA  50237 | Institutional Account Agreement |
| R. J. O'Brien<br>7057 SE 120th Street<br>Runnells, IA  50237 | Risk Management Services Agreement |
| Randall County Feed Yard<br>P.O. Box 15568<br>Amarillo, TX  79105-5568 | Bio Fuel Supply Agreement |
| Satellite Shelters, Inc.<br>12855 Calloway Cemetery Road<br>Euless, TX  76040 | Rental Order No. R0306517 |
| Sparkman Cattle<br>324 FM 1055<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| Sterne, Agee & Leach, Inc. | Confidentiality Agreement |
| Terracon Consultants, Inc.<br>P.O. Box 931277<br>Kansas City, MO  64193-1277 | Agreement for Services |
| Thermal Kinetics Engineering, PLC<br>667 Tifft Street<br>Buffalo, NY  14220 | Master Consulting Services Agreement |
| Top of Texas Gin, Ltd.<br>4700 FM 809<br>Hereford, TX  79045 | Commodity Contract |
| TRC Environmental, Inc.<br>21 Griffin Road North<br>Windsor, CT  06095 | Services Agreement |
| Tri-State Cattle Feeders<br>P.O. Box 1682<br>Hereford, TX  79045 | Bio Fuel Supply Agreement |
| U.S. Security Associates, Inc.<br>P.O. Box 931703<br>Atlanta, GA  31193 | Security and/or Patrol Service Agreement |
| UniFirst Corp.<br>4210 S.E. 22nd Avenue<br>Amarillo, TX  79103 | Customer Services Agreement, dated August 30, 2007 |
| UniFirst Corp.<br>4210 S.E. 22nd Avenue<br>Amarillo, TX  79103 | Customer Services Agreement, dated November 16, 2007 |
| Wade Lewis<br>Route 2 Box 37B<br>Hereford, TX  79045 | Grading and Slope Easement Agreement |
| Wade Lewis<br>Route 2 Box 37B<br>Hereford, TX  79045 | Sanitary Control Easement |
| Wells Fargo Bank, National Association | Confidentiality Agreement |
| Westcon, Inc.<br>P.O. Box 1735<br>Bismarck, ND  58502 | Services Agreement |
| Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN  55484-9477 | Electric Service Agreement |
| Zachry Engineering Corporation<br>1121 N. 102 Court, Suite 301<br>Omaha, NE  68114 | Services Agreement |

B 6H (Official Form 6H) (12/07)

**In re**  Hereford Biofuels, L.P.                    ,          **Case No.**  09-30453 (SGJ)
                **Debtor**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PHE I, LLC<br>4100 Spring Valley Road<br>Suite 1002<br>Dallas, Texas  75244 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HEREFORD BIOFUELS, L.P., ,[1] | : | Case No. 09-30453 (SGJ) |
| | : | |
| Debtor. | : | |
| | : | |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Darol S. Lindloff, authorized representative of Hereford Biofuels, L.P., declare under penalty of perjury that I have read the foregoing Schedules of Assets and Liabilities and that they are true and correct to the best of my knowledge, information, and belief.

Date:  March 3, 2009

*/s/ Darol S. Lindloff*
Darol S. Lindloff, President and
Chief Executive Officer

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.18 U.S.C. §§ 152 and 3571.*

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Hereford Biofuels, L.P. (7548); Hereford Biofuels Holdings, LLC (9762); PHE I, LLC (7511); and PHE II, LLC (9412).  The address of each of the Debtors is 4100 Spring Valley, Suite 1002, Dallas, Texas 75244.